

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-22-00026-CV

**IN RE** Robert **TEJEDA**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Relator Robert Tejeda's petition for writ of mandamus is DENIED. We VACATE the stay previously issued in this proceeding. In light of the impending need to print ballots, we will not entertain a motion for rehearing in this cause. *See* TEX. R. APP. P. 2. An opinion will be forthcoming.

It is so **ORDERED** January 13, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2021-CI-25811, styled *Sylvia Ruiz Mendelsohn v. Monica Alcantara and Jacquelyn F. Callanen*, in the 37th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.